IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DIAMARCHE HARVEY, et al.,** | : |
| Plaintiff, | : |
| v. | : Case No. 1:14-cv-02079-SO |
| | : Judge Solomon Oliver, Jr. |
| **GHC LLC d/b/a GENESIS HEALTHCARE and HARBORSIDE OF CLEVELAND LP d/b/a PARK EAST CENTER,** | : |
| Defendants. | : |

### ORDER APPROVING SETTLEMENT, FOR DISMISSAL, AND FOR ENTRY OF FINAL JUDGMENT

Upon consideration of the parties' Joint Motion for Approval of Settlement, for Dismissal, and for Entry of Final Judgment (Docket No. 17), and having reviewed the parties' Joint Stipulation for Settlement and Dismissal ("the Joint Stipulation") (Docket No. 16), and for good cause shown, it is **ORDERED AND ADJUDGED**:

A. The Court finds that the settlement of wage-related claims described in the Joint Stipulation: (a) is fair to Plaintiffs Diamarche Harvey and Jasmine Harvey; (b) reasonably resolves a *bona fide* disagreement between the settling parties with regard to the merits of the claims asserted; and (c) demonstrates a good faith intention by the parties that the Plaintiffs' wage-related claims be fully and finally resolved, and not re-litigated in whole or in part at any point in the future, and accordingly, the settlement described in the Joint Stipulation is therefore **APPROVED** by the Court;

B.	The claims alleged by Plaintiffs Diamarche Harvey and Jasmine Harvey are hereby **DISMISSED WITH PREJUDICE**;

C.	All parties shall bear their own costs and attorney's fees except as otherwise provided in the Joint Stipulation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT